## Harry Eager, Plaintiff-Appellee, v. Joseph D. Berke and Sidney Z. Tepper, Defendants-Appellants. On Appeal of Sidney Z. Tepper.

**Gen. No. 47,780.** 

First District, Third Division.

January 29, 1960.

Released for publication March 4, 1960.

 Joseph
L. Goldberg, for Sidney Z. Tepper, defendant-appellant; Samuel
R. Hassen, and Fisher, Hassen, and Fisher, for appellee. Opinion
by JUSTICE BURKE. **Not to be published in full.**